No. 950.  BIRGE-FORBES COMPANY, PETITIONER, v. CARL R. HEYE.  April 29, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted.  *Mr. Henry O. Head* for petitioner.  *Mr. Newton Hance Lassiter* for respondent.

---

No. 932.  FILER & STOWELL COMPANY, PETITIONER, v. DIAMOND IRON WORKS.  April 29, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. William G. Henderson* for petitioner.  *Mr. Frank A. Whiteley* for respondent.

---

No. 954.  GENERAL ELECTRIC COMPANY, PETITIONER, v. COOPER HEWITT ELECTRIC COMPANY.  April 29, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. John C. Pennie* for petitioner.  *Mr. Thomas B. Kerr* and *Mr. Parker W. Page* for respondent.

---

No. 960.  COMPAGNIE DE COMMERCE ET DE NAVIGATION D' EXTREME ORIENT, PETITIONER, v. HAMBURG-AMERIKA PACKETFAHRT ACTIENGESELLSCHAFT.  April 29, 1918.  Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied.  *Mr. W. A. Kincaid, Mr. Alex. Britton* and *Mr. Evans Browne* for petitioner.  No appearance for respondent.

---

No. 965.  GEORGE STUART, AS TRUSTEE, ETC., PETITIONER, v. ESTELLE MANEGOLD BEAVEN.  April 29, 1918.